# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FEB 9 2022 AM 11:25
FILED - USDC - BPT - CT

**COMPLAINT FORM**

JURY DEMAND
CHANGE OF JURISDICTION

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Robert W. Johnson, Plaintiff.     Case No. 3:22 cv 233 (SALM)
v.                                                    (To be supplied by the Court)

New York State Division of Human
Rights, David E. Powell, Kathy Hochul,
Maria L. Imperial, Woodforest National
Bank, Licha M. Nyiendo & Caroline

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. _Robert W. Johnson_ is a citizen of _New York_ who
   (Plaintiff)                                          (State)
presently resides at _112 Court St.; APT. 2: Watertown, NY 13601._
              (mailing address)

2. Defendant _See attachment_ is a citizen of _____
   (name of first defendant)                         (State)
whose address is_____.

Addresses of Defendants: A. PARTIES

David E. Powell: 163 West 125TH St.;
Room 401: New York, NY 10027.
.New York State Division of Human
Rights: 163 West 125TH St.: Room 401:
New York, NY 10027.

3. Kathy Hochul: NYS State Capital
   Bldg.: Albany, NY 12224.
4. Licha M. Nyiendo: NYS State Capital
   Bldg.: Albany, NY 12224.
5. Maria L. Imperial: NYS State Capital
   Bldg.: Albany, NY 12224.
   Woodforest National Bank: 6788 Rt. 31:
   East Village of NW, NY 14513.
   Caroline J. Downey: 6788 Rt. 31:
   East Village of NW, NY 14513

3. Defendant _____ is a citizen of _____
(name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES." Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

440 : Other Civil Rights ; Federal Question.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

On 12/28/2021, Robert W. Johnson, was denied Due Process Rights for a complaint filed against Woodforest National Bank for applications filed for mortgage loans and credit approvals. David E. Powell, Kathy Hochul, Maria L. Imperial, Licha M. Nyiendo and Caroline J. Downey and Woodforest National discriminated against Robert W. Johnson due to his race, gender, creed/religion and alleged criminal conviction record.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Woodforest National Bank denied Robert W. Johnson banking application approvals and committed Due Process violations.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All records from Woodforest National Bank for banking/credit/mortgage applications.

**Claim II:** David E. Powell and remaining defendants denied Robert W. Johnson Due Process Rights for discriminations.

Supporting Facts:

Records from NYS Div. of Human Rights Case No. 10214902.

3

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

$100,000,000.00 : for punitive damages : All other reliefs just & proper : Banking Application Merits.

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)        No

CHANGE OF JURISDICTION TO U.S. Courthouse of Connecticut.

_Original signature of attorney (if any)_

Printed Name

( ) 213-304-4680
Attorney's full address and telephone

Email address if available

_Plaintiff's Original Signature_

Printed Name   Robert W. Johnson

( ) 213-304-4680
Plaintiff's full address and telephone
112 COURT ST., APT. 2, WATERTOWN, NY 13601

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___New York___ on ___04 30 2022___
(location)                        (date)

_Plaintiff's Original Signature_
Robert W. Johnson

(Rev.3/29/16)

5